UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VIKTOR EFREMOV and CRODO CONSULTING, LLC<br>          Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>          Defendant. | **JUDGMENT**<br><br>No. 5:20-CV-482-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to amend.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 11, 2022, and for the reasons set forth more specifically therein, plaintiff's motion to amend is DENIED on the basis of futility of amendment. Plaintiffs' claims were previously dismissed without prejudice by court's order of June 22, 2021.

**This Judgment Filed and Entered on January 11, 2022, and Copies To:**
John S. Austin (via CM/ECF Notice of Electronic Filing)
John R. Green / Joseph E. Elder (via CM/ECF Notice of Electronic Filing)

January 11, 2022          PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk